IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JASON RIVERA | : | No. 19-391 |

## ORDER

AND NOW, this 3rd day of May, 2023, upon consideration of Defendant Jason Rivera's Motion for New Trial and Acquittal (Doc. No. 146), and the Government's Response (Doc. No. 147), it is **ORDERED** that the Motion (Doc. No. 146) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE